IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BIAZZO DAIRY PRODUCTS, INC., | : | Civil No. 1:25-CV-00506 |
| Plaintiff, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA and THE PENNSYLVANIA MILK MARKETING BOARD, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of November, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) Defendants' motion to dismiss, Doc. 16, is **GRANTED**.

2) Plaintiff's amended complaint, Doc. 13, is **DISMISSED WITH PREJUDICE**.

3) The Clerk of Court shall close this case.

s/Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania